IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 12–cr–30079–DRH-1 |
| ) | |
| DETRIN C. SPRAGGINS, ) | |
| ) | |
| Defendant. ) | |

## ORDER REVOKING BOND

**WILLIAMS, Magistrate Judge:**

This matter is before the Court on the Government's Motion to Revoke (Doc. 19) the bond of Defendant Detrin C. Spraggins. The Government alleges that Defendant violated one or more of his pretrial release conditions, as set by the undersigned judge in the Order Setting Conditions of Release (Doc. 9). Among other violations of those conditions, Spraggins tested positive for cocaine use on November 27 and December 5, 2012, on December 21 and December 26, 2012, and on January 30, 2013, submitted a urine specimen which returned a presumptive positive result for cocaine. Scraggins admitted to unlawfully possessing and using cocaine on January 25, 2013.

The Court conducting proceedings to revoke bond pursuant to Title 18, United States Code, Section 3148(b). Defendant stipulated (and the Court agrees) that there is probable cause to believe that Defendant committed a Federal, State, or local crime while on release. The Court further finds that Defendant is unlikely to abide by any condition or combination of conditions of release. *See* **18 U.S.C. § 3148(b)(2)(B).**

**IT IS THEREFORE ORDERED** that Defendant Detrin C. Spraggins **SHALL be DETAINED** pending the resolution of these criminal proceedings.

Pursuant to **18 U.S.C. § 3142(i)(2)-(4)**, the Court **DIRECTS** that: (1) Defendant SHALL be

committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable from persons awaiting or serving sentences or being held in custody pending appeal; (2) Defendant be afforded reasonable opportunity for private consultation with his counsel; and (3) on order of a court of the United States, or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined deliver defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

**IT IS SO ORDERED.**

DATED:   February 5, 2013

/s/ **Stephen C. Williams**
STEPHEN C. WILLIAMS
United States Magistrate Judge