IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED

MAR 0 7 2013

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 12-30079-DRH |
| ) | |
| DETRIN C. SPRAGGINS ) | |
| ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF FACTS

Stephen R. Wigginton, United States Attorney for the Southern District of Illinois, and Daniel T. Kapsak, Assistant United States Attorney for said District, herewith enter into the following Stipulation of Facts with the defendant,

1. On February 15, 2012, WAVE officers were patrolling in the area of 12th Street and College Avenue, in East St. Louis. At one point, two officers observed two vehicles, including a pickup truck, parked across from an apartment building, with three individuals standing around these vehicles, one of which had a door open. As the officers drove closer, they observed an individual in the pickup truck close the driver's door, activate the brake lights of the vehicle, and then pull away in a hurried manner. These officers then made contact with other WAVE officers in the area to apprise them of this suspicious activity. Shortly thereafter, another WAVE unit observed this pickup truck drive past and noticed that the driver of the vehicle was not wearing a seatbelt, the vehicle had no visible front license plate, and the vehicle had darkly tinted side windows. These

1

WAVE officers then activated their emergency lights in an attempt to execute a traffic stop on this pickup truck. The pickup truck, driven by the Defendant, slowed, and then traveled through several intersections, before pulling into a driveway on St. Louis Avenue. The Defendant then exited the vehicle, leaving the driver's side door partially open. He then identified himself as Detrin Spraggins to a WAVE officer. Upon learning the Defendant's identity, another present WAVE officer ran a computer check on the Defendant and the vehicle. The license plate on the Defendant's vehicle did not return as properly registered to this vehicle. The Defendant then verbally consented to a search of his person. Thereafter, a small rock of crack cocaine was recovered from inside the headband of the Defendant's baseball cap. Because of the presence of this crack cocaine, a WAVE officer further opened the ajar driver's door of the pickup truck to look for any additional contraband. As he did so, another WAVE officer noticed the butt of a firearm sticking out of the driver's side door pocket. This firearm was later determined to be a Jimenez Arms, Model J.A. Nine, 9mm semiautomatic handgun, bearing serial number 102882.

2. After the recovery of this handgun, the Defendant agreed to be interviewed by WAVE officers. The Defendant then waived his Miranda rights and provided a videotaped statement. During this interview, the Defendant admitted ownership of the firearm recovered from the vehicle. The Defendant added that he kept this firearm for protection, had purchased it for $150.00, and had owned it for approximately two months.

3. This event happened in the Southern District of Illinois.

4. Prior to February 15, 2012, the Defendant had been convicted of a crime that was punishable by a term of imprisonment of more than one year, namely: Aggravated Unlawful Use of a Weapon, on or about January 10, 2011, in Cause Number 10-CF-935, in the Twentieth Judicial Circuit, in St. Clair County, Illinois.

5. The firearm possessed by the Defendant, a Jimenez Arms, Model J.A. Nine, 9mm semiautomatic handgun, bearing serial number 102882, traveled in and affected interstate commerce to reach the State of Illinois on February 15, 2012.

6. The defendant agrees to forfeit any interest in the Jimenez Arms, Model J.A. Nine, 9mm semiautomatic handgun, bearing serial number 102882, and any and all ammunition contained within.

**SO STIPULATED:**

| | STEPHEN R. WIGGINTON<br>United States Attorney |
|---|---|
| _____<br>DETRIN C. SPRAGGINS<br>Defendant | _____<br>DANIEL T. KAPSAK<br>Assistant United States Attorney |
| _____<br>JOHN J. O'GARA, JR.<br>Attorney for Defendant | |
| Date: 3/7/13 | Date: 3/7/13 |